IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDY ALFORD,<br><br>   Defendant. | CRIMINAL NO.: 21-CR-379 |

**JOINT STATUS REPORT**

The United States of America, by and through its undersigned counsel, and Randy Alford ("defendant"), through his counsel, respectfully submit this joint status report to provide the Court with an update on the current state of this matter.

1. On June 10, 2021, defendant pled guilty to a one-count Criminal Information charging conspiracy to commit bribery in violation of 18 U.S.C. § 371.

2. In the parties' most recent Joint Status Report, filed on December 23, 2021, ECF No. 15, the parties requested a continuance of approximately six months to allow the government to continue its investigation, and the defendant to continue his cooperation.

3. In light of events in a related case before this Court, the the parties submit that it is appropriate to proceed to sentencing of the defendant here. Accordingly, the parties respectfully request that this matter can be set for sentencing, and that this Court order the preparation of a Pre-Sentencing Investigation Report (PSR.

4. The parties are available for, and respectfully request, that a sentencing hearing be set for 10 a.m. on September 28, 2022.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section

>
> Criminal Division
> United States Department of Justice
>
> By:  /s/_____
> Justin D. Weitz
> Principal Deputy Assistant Chief
> Michael P. McCarthy, D.C. Bar #1020231
> Trial Attorney
> Fraud Section, Criminal Division
> United States Department of Justice
> 1400 New York Avenue, N.W.
> Bond Building, Fourth Floor
> Washington, D.C. 20530
> (202) 598-8084 (Weitz)
> Justin.Weitz@usdoj.gov
> (202) 305-3995 (McCarthy
> Michael.McCarthy2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this Joint Status Report was served via ECF upon counsel for defendant on June 1, 2022.

>
> /s/_____
> Michael P. McCarthy
> Trial Attorney, Fraud Section
> Criminal Division
> United States Department of Justice